Julius Blumberg, Inc. NYC 10013

Form 1 (6/30/93)

# FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|
| NORTHERN District of ILLINOIS | |

| IN RE (Name of debtor-If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| WILLIS, SHARLENE B | |
| ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names.) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) ████ 1318 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 529 E 149TH ST  HARVEY, IL 60426 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: COOK | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) SAME | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| ☒ Individual  ☐ Corporation Publicly Held | ☐ Chapter 7  ☐ Chapter 11  ☒ Chapter 13 |
| ☐ Joint (H&W)  ☐ Corporation Not Publicly Held | ☐ Chapter 9  ☐ Chapter 12  ☐ § 304-Case Ancillary to Foreign Proceeding |
| ☐ Partnership  ☐ Municipality | |
| ☐ Other _____ | FILING FEE (Check one box) |
| NATURE OF DEBT | ☐ Filing fee attached. |
| ☒ Non-Business Consumer  ☐ Business - Complete A&B below | ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Offical Form No..3 |
| A. TYPE OF BUSINESS (check one box) | |
| ☐ Farming  ☐ Transportation  ☐ Commodity Broker | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY |
| ☐ Professional  ☐ Manufacturing/Mining  ☐ Construction | |
| ☐ Retail/Wholesale  ☐ Real Estate | |
| ☐ Railroad  ☐ Stockbroker  ☐ Other Business | Telephone No. |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR  708 596-3277 |
| | ☒ Debtor is not represented by an attorney |

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604) (Estimates only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | U.S. Bankruptcy Court<br>Northern District Of Illinois<br>Filed: 09/23/2005<br>Time: 12:07:44<br>Debtor: SHARLENE B WILLIS<br>Case: 05-39762  Fee : 20<br>Chapter: 13 Rec. # : 3138764<br>Judge: Susan Pierson Sonderby<br>341 mtg: 10/25/2005 @ 01:00PM<br>ConfHrg: 11/10/2005 @ 10:15AM<br>Trustee: TOM VAUGHN |
| ESTIMATED NUMBER OF CREDITORS<br>☐ 1-15  ☒ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over | |
| ESTIMATED ASSETS (in thousands of dollars)<br>☒ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000 | |
| ESTIMATED LIABILITIES (in thousands of dollars)<br>☒ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000 | |
| ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONLY<br>☒ 0  ☐ 1-19  ☐ 20-99  ☐ 100-999  ☐ 1000-over | 1:05BK39762-BK001 |
| ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY<br>☒ 0  ☐ 1-19  ☐ 20-99  ☐ 100-499  ☐ 500-over | |


Name of Debtor _____   Case No. _____
(Court use only)

**FILING OF PLAN**

For Chapter 9, 11,12 and 13 cases only. Check appropriate box.
[ ] A copy of debtor's proposed plan dated _____ is attached.
[ ] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS** (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NORTHERN DISTRICT OF IL | 02-B-16451 | April 25, 2002 |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR** (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
|  |  |  |
| Relationship | District | Judge |
|  |  |  |

**REQUEST FOR RELIEF**

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

**SIGNATURES**

**ATTORNEY**

X _____   Date _____
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X *Sharlene B. Hillis* | X _____ |
| Signature of Debtor | Signature of Authorized Individual |
| Date | |
| | Print or Type Name of Authorized Individual |
| X _____ | |
| Signature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| Date | Date |

**EXHIBIT "A"** ( To be completed if debtor is a corporation requesting relief under chapter 11.)
[ ] Exhibit "A" is attached and made a part of this petition.

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS** (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X *Sharlene B. Hillis*   Date _____
Signature of Debtor

X _____   Date _____
Signature of Joint Debtor

**EXHIBIT "B"** (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief availabe under each such chapter.

X _____   Date _____
Signature of Attorney

## LIST OF CREDITORS

Chicago Public Library
Harold Washington
Congress and State Street
Chicago, Il. 606

Liberty Federal Bank
One Grant Square
Hindale, Il. 60521

Providian Financial
P.O. Box 660026
Dallas, Tx. 75266

First National Bank of Marin
P.O.Box 98873
Las Vegas, Nevada 89193

Illinois Dept. of Revenue
P.O. Box 19025
Springfield, Il. 62794

ComEd
Bill Payment Center
Chicago, Il. 60668

Cross Country Bank
P.O. Box 10001
Huntington, Wv 25770

TCF Bank
9343 Irving Park Rd
Schiller Park, Il. 60176

City of Chicago
Dept. of Revenue
121 S. LaSalle
Chgo., Il. 60601

Page Two (2)
Willis


Peoples Energy
Chicago, Il. 60687

City of Harvey
Dept. of Water
15320 Broadway
Harvey, Il. 60426

Charter One
11150 S. Western
Chicago, Illinois

Sprint
P.O Box 219554
Kansas City, Mo. 64131

CCF
c/o ACC International
919 Estes Court
Shaumberg, Il. 60193

Action Card/Bank First
P.O. Box 790211
St. Louis, Missouri 63179

Unidial Communications
Frost Arnett Co.
9200 Shelbyville Rd.
Louisville, Ky.

Verizon Wireless
P.O. Box 1289
Peoria, Il. 61654

Page Three (3)
Willis


SBC Ameritech
Bill Payment Center
Chicago, Il. 60663

Capital One
P.O. Box 85167
Richmond, Virginia

U.S. Dept. of the Treasury (SBA)
401 14th Street
Washington, DC 20027